**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

IN RE: FELICIA DIONNE TAYLOR, Debtor
Case No. 4:10-BK-11714-JGM

                Case No. 4:11MC00010 JLH

**ORDER**

      Felicia Dionne Taylor has filed a motion to stay a hearing that is apparently scheduled to be conducted by the Honorable James G. Mixon, United States Bankruptcy Judge for the Eastern and Western Districts of Arkansas.  The motion states no basis for withdrawing the reference to the bankruptcy court nor any reason why this Court should rule on a motion to stay a hearing in a matter that is assigned to the bankruptcy judge.  Therefore, the motion to stay hearing is denied.  Document #1.

      IT IS SO ORDERED this 18th of February, 2011.

                                              _____
                                              J. LEON HOLMES
                                              UNITED STATES DISTRICT JUDGE